

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**RETURN TO SENDER**

*Released*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

HOUSTON
TX 773



UNITED STATES POSTAGE
$ 00.406
JAN 14 2015
PITNEY BOWES

02 1M
0004279596
MAILED FROM ZIP CODE 78701

RE: WR-82,592-01

ALEJANDRO GONZALEZ

REF

4  78711  023